In the Interest of J.L.B. Alan Gremli, Clay County Juvenile Officer, Respondent,

v.

**J.L.B., Appellant.**

**No. WD 44277.**

Missouri Court of Appeals, Western District.

Dec. 10, 1991.

David Durbin, Public Defender, J. Bryan Allee, Asst. Public Defender, Kansas City, for appellant.

Max Von Erdmannsdorff, Von Erdmannsdorff & Mowry, Kansas City, for respondent.

Before LOWENSTEIN, C.J., and SHANGLER and TURNAGE, JJ.

### ORDER

PER CURIAM:

Appeal from judgment of the juvenile division adjudicating that J.L.B. was in need of care and treatment based on his violation of state and municipal laws prior to attaining the age of seventeen years.

Affirmed. Rule 84.16(b).